# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division

**In re:**                                               **Case Number** 13−14773−BFK
                                                           **Chapter** 13

John Michael Cerceo II

                           Debtor(s)

## NOTICE TO SHOW CAUSE

**TO:** *Debtor(s)*                  John Michael Cerceo II, P.O. Box 3364
                                                 Sterling, VA 20167
           *Attorney for Debtor(s)*       Not Represented by Attorney
           *Trustee*                          Thomas P. Gorman, 300 N. Washington St. Ste. 400
                                                  Alexandria, VA 22314
           *United States Trustee*       115 S. Union Street, Suite 210, Alexandria, VA, 22314

The automatic dismissal of the above−referenced case having been suspended pursuant to Local Bankruptcy Rule 1017−3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* November 21, 2013
*Time:* 01:30 PM
*Location:* Judge Kenney's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 S. Washington St., Ctrm III, Alexandria, VA 22314

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*5* − LBR 1007−1 Schedule(s) and/or Statement and 3015−2 Chapter 13 Plan and Related Motions Deficiency; Plan Due 11/5/2013. Incomplete Filings due by 11/5/2013. (Voehl, Elizabeth)

*12* − Request for Notice to Cure Credit Counseling Certification Deficiency; Certificate of Credit Counseling due by 11/5/2013. (Williams, Denise)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $<u>191.00</u> is due and owing to the Clerk of Court.

Dated:   November 6, 2013                  William C. Redden, Clerk
                                                  United States Bankruptcy Court

                                                  By: <u>/s/Denise S. Williams,</u> Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 13-14773-BFK
John Michael Cerceo, II                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9      User: williamsd           Page 1 of 1            Date Rcvd: Nov 06, 2013
                          Form ID: showcaus         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2013.
db            +John Michael Cerceo, II,    P.O. Box 3364,    Sterling, VA 20167-3364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2013 at the address(es) listed below:
      Thomas P. Gorman    ch13alex@gmail.com,  tgorman26@gmail.com
                                                                                                  TOTAL: 1